IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC E. MILLER,                )
                               )
        Plaintiff,             )
v.                             )   Civil Action No. 3:18CV495–HEH
                               )
STATE OF VIRGINIA, *et al.*,   )
                               )
        Defendants.            )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on August 15, 2018, the Court conditionally docketed Plaintiff's action. On August 31, 2018, United States Postal Service returned the August 15, 2018 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
Date: Sept. 24, 2018
SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia